UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

Civil Action No.  1:24-cv-01292-___-___

Spirit Hounds LLC
      Plaintiff,

 vs.

Kimley-Horn and Associates, Inc.
      Defendant.

## DEFENDANT'S NOTICE OF RELATED CASES

 Defendant Kimley-Horn and Associates, Inc., by and through its attorneys, Wood, Smith, Henning & Berman LLP, submits this *Notice of Related Cases* pursuant to D.C.Colo.LCivR 3.2.

 Defendant is not aware of any cases pending in this or any other federal, state, or foreign jurisdiction that are related to the above captioned case other than the underlying Boulder County, Colorado District Court matter, removed here, case number 2024cv30244.

 RESPECTFULLY submitted this 9th day of May, 2024.

            WOOD, SMITH, HENNING & BERMAN LLP

            By: */s/ Ryan M. Hicks*
             Ryan M. Hicks, Reg. No. 48477
             WOOD, SMITH, HENNING & BERMAN LLP
             1805 Shea Center Drive, Suite 200
             Highlands Ranch, CO 80129
             rhicks@wshblaw.com
             (720) 479-2500 office
             (303) 471-1855 fax
             *Attorneys for Defendant Kimley-Horn and Associates, Inc.*