**EXHIBIT A**

# COMPLAINT

BOULDER COUNTY DISTRICT COURT
Case Number 2024CV030244

| | |
|---|---|
| **DISTRICT COURT, BOULDER COUNTY, COLORADO**<br>1777 6th Street<br>Boulder, CO 80302<br>(303) 441-3750 | DATE FILED: March 20, 2024 10:28 AM<br>FILING ID: 6611ECB738A80<br>CASE NUMBER: 2024CV30244 |
| **Plaintiff:** SPIRIT HOUNDS LLC, a Colorado limited liability company<br><br>v.<br><br>**Defendant:** KIMLEY-HORN AND ASSOCIATES, INC., a North Carolina corporation | ▲ COURT USE ONLY ▲ |
| *Attorneys for Plaintiff:*<br><br>Michael E. Bonifazi, No. 30981<br>Kutak Rock LLP<br>2001 16th Street, Suite 1800<br>Denver, CO 80202<br>(303) 297-2400<br>michael.bonifazi@kutakrock.com | Case Number:<br><br>Division: |
| **COMPLAINT** ||

Plaintiff Spirit Hounds LLC, by and through its undersigned counsel, for its Complaint against Defendant Kimley-Horn and Associates, Inc., hereby states and alleges as follows:

## PARTIES

1. Plaintiff, Spirit Hounds, LLC ("Plaintiff" or "SH") is a Colorado limited liability company in good standing with a principal place of business of 4196 Ute Highway, Lyons, Colorado 80540.

2. Defendant, Kimley-Horn and Associates, Inc. ("KH") is a North Carolina corporation authorized to conduct business in Colorado with a local principal place of business located at 770 E. Arapahoe Road, Suite 220, Centennial, CO 80112.

## JURISDICTION AND VENUE

3. This Court has personal jurisdiction over the Defendants because the subject real property is located in Boulder County, Colorado and the contract between the parties was performed in Boulder County, Colorado.

1

4.  Venue is proper in this Court pursuant to C.R.C.P. 98(c) because, among other things, the Defendants contracted to perform certain obligations in Boulder County, Colorado and the subject property is located in Boulder County, Colorado.

## GENERAL ALLEGATIONS

5.  Plaintiff, SH, engaged Defendant KH to provide civil engineering design services and consulting for the site expansion and development of SH's distillery located in Lyons, Colorado ("Subject Property").

6.  More specifically, KH agreed to provide documents necessary for the design and submittals to the Town of Lyons for approval of the site development of the Subject Property. This included a project site plan, utility plan, traffic study, drainage report, grading plan and photometric plan.

7.  KH further agreed to be responsible, among other things, for any comment response letter required by the Town of Lyons as well as attending meeting in support of SH's plan.

8.  KH's provided design documents and consulting services were inaccurate, defective and ultimately deficient to allow SH to properly receive the required permits and approvals necessary to complete the Project.

9.  Additionally, KH's defective and deficient design services required significant removal and replacement of in-place construction, and redesign by other engineering professionals to facilitate the necessary approvals to complete the project.

10. KH's designs and services provided to SH were defective and deficient, including but not limited to, the following:

   1. Deficient and incorrect design of tractor trailer path.

   2. Landscape design errors, including but not limited to, repeated redesign needed because appropriate height of trees along road was not incorporated into the plan.

   3. Deficient designs to account for floodplain causing significant redesign of outdoor patio, shipping containers, structural re-design all causing added design costs and project delays.

   4. Deficient grading plans at Southwest corner of the existing building interfering with required drive paths and conflict with the building existing man door.

2

5. Improper design of the electrical charging stations involving repeated requests for charging station to be placed according to code and SH request were not included for numerous revisions of plans.

6. The existing driveway easement conflicts with grading plan which cannot be implemented as designed.

7. Improper and deficient parking lot and striping design requiring the removal, redesign and replacement of in-place new curb and gutter, light poles and corresponding electrical service.  Parking spaces do not have appropriate width and length for parking vehicles or code compliance.  The width of the drives is not adequate.  These errors will require significant demolition of existing new construction and then require redesign and resubmittal to the building department.

8. Incorrect and incomplete guidance regarding submittal process to procure the requisite permitting.  A Development Plan Review should have been performed instead of Site Plan Review.  SH has had to submit for both and causing significant added costs.

9. Deficient and incorrect parking lot design for handicap (ADA) requirements.  The width of parking spot is inadequate for use, width of walkway is insufficient for code.

13. KH's services did not meet the terms and obligations required under the Contract and caused SH to incur damages in an amount to be proven at trial.

## FIRST CAUSE OF ACTION
**(Breach of Contract)**

14. Plaintiff hereby incorporates by reference all allegations previously set forth herein.

15. SH and KH entered a contract for civil engineering services on or about March 18, 2022 ("Contract").

16. KH agreed to provide civil engineering designs and services in order for SH to obtain the necessary approvals to develop its site located at 4196 Ute Highway in the Town of Lyons, Colorado.

17. KH promised to provide its design services in accordance with the applicable codes and requirements to allow for SH to build the project.  This included, among other things, civil design construction drawings, demolition plan, paving plan, drainage map, photometric design and project coordination and meetings with the Town of Lyons to facilitate the Project.

3

18. KH breached the Contract by failing to provide adequate design documents and services that allowed for both the requires approvals for SH's project and for the construction of the Project.

19. More specifically, KH failed to properly design for the applicable flood plain, parking spaces sizes and configuration (including ADA compliance), ingress and egress onto Highway 6 as required by CDOT, insufficient site plan and/or development plan, inadequate grading and drainage plans, improper design of electrical charging stations, and deficient landscaping plans.

20. KH's design failures as set forth herein, amount to a material breach of the Contact with SH.

21. As a result, SH was required to perform extensive redesign and construction to correct KH's deficient and defective designs and has suffered damages in an amount to be proven at trial.

WHEREFORE, Plaintiff Spirit Hound prays the Court for the following:

A. For Kimley Horn's breaches of the Contract and an award of damages to Spirit Hound;

B. Judgment for court costs, expert witness fees, attorneys' fees (by law or contract), and interest pursuant to § 38-22-101(5), C.R.S., § 5-12-101, et seq., C.R.S., and/or the Agreement, as appropriate; and

C. Any such further relief as the Court deems just or proper.

DATED this 20th day of March 2024.

KUTAK ROCK LLP

*s/ Michael E. Bonifazi*
Michael E. Bonifazi, No. 30981

*Attorneys for Plaintiff*

Plaintiff's Address:
4196 Ute Highway in the Town of Lyons, Colorado

4

4888-9388-0751.1