IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-01292-KAS

SPIRIT HOUNDS, LLC, a Colorado limited liability company,

     Plaintiff,

v.

KIMLEY-HORN AND ASSOCIATES, INC., a North Carolina corporation,

     Defendant.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

     This matter is before the Court sua sponte. Defendant removed this case on May 9, 2024, invoking the Court's diversity jurisdiction under 28 U.S.C. § 1332. *Notice of Removal* [#1]. Under Fed. R. Civ. P. 7.1(a)(2), "[i]n an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party . . . must, unless the court orders otherwise, file a disclosure statement. The statement must name and identify the citizenship of every individual or entity whose citizenship is attributed to that party." This disclosure statement is to be filed "when the action is filed in . . . federal court," Fed. R. Civ. P. 7.1(a)(2)(A), or at the time of the party's "first appearance, pleading, petition, motion, response, or other request addressed to the court," Fed. R. Civ. P. 7.1(b)(1).

     In addition, Rule 7.1(a)(1) provides that "[a] nongovernmental corporate party . . . must file a statement that: (A) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (B) states that there is no such corporation."

     On May 9, 2024, Defendant filed its Corporate Disclosure Certificate [#2], which complies with Fed. R. Civ. P. 7.1(a)(1) and (2).

     Plaintiff, however, has not yet filed its Rule 7.1(a)(1) and (2) disclosure statement even though counsel entered an appearance on May 13, 2024. *See Entry of Appearance* [#9]. Accordingly,

     IT IS HEREBY **ORDERED** that, **no later than May 28, 2024**, Plaintiff shall file its Rule 7.1(a) disclosure statement.

     Dated: May 21, 2024